No. 116, Misc. STURDEVANT v. SETTLE, WARDEN. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit and other relief denied. Petitioner *pro se*. *Solicitor General Rankin, Acting Assistant Attorney General Ryan, Harold H. Greene* and *William A. Kehoe, Jr.* for respondent.

No. 120, Misc. BURKE v. OKLAHOMA. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied without prejudice to an application for a writ of habeas corpus in the appropriate United States District Court.

No. 190. ARMSTRONG ET AL. v. UNITED STATES, *ante*, p. 825. Rehearing denied.

NOVEMBER 16, 1959.

No. 42. LOCAL No. 8–6, OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. v. MISSOURI. Appeal from the Supreme Court of Missouri. The motion of Kansas City Power & Light Company for leave to file brief, as *amicus curiae*, is granted. *Irvin Fane, Harry L. Browne* and *Howard F. Sachs* for movant.